UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERGLOBO NORTH AMERICA, INC.

                Plaintiff,

   - against -

MICKEY GROUP INC.,

                Defendant.

22-cv-9111 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **December 12, 2022**.

SO ORDERED.

Dated:   New York, New York
           December 1, 2022

                                            John G. Koeltl
                                  United States District Judge