UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERGLOBO NORTH AMERICA, INC.

                  Plaintiff,

    - against -

MICKEY GROUP INC.,

                  Defendant.

22-cv-9111 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    On November 29, 2022, the plaintiff in this action sought a certificate of default against the defendant and submitted the required supporting documentation (ECF Nos. 8-9). On November 30, 2022, the Clerk of Court issued a certificate of default as to the defendant (ECF No. 10). On December 9, 2022, pursuant to an Order of the Court, the plaintiff filed a proposed order to show cause why a default judgment should not be entered, along with certain affidavits and a proposed default judgment (ECF Nos. 13-17).

    Local Rule 55.2 provides that after the Clerk of Court has issued a certificate of default, a plaintiff seeking a default judgment must submit that signed certificate of default to the Court along with the other default judgment papers. See S.D.N.Y. Local Civil Rule 55.2(b)(1) ("[T]he party seeking a judgment by default . . . shall append to the application . . . the Clerk's certificate of default."). The signed Clerk's certificate of default issued in this case, dated November 30, 2022, was missing from the affidavits submitted with the plaintiff's proposed order

to show cause on December 9, 2022. It appears that yesterday, in an effort to correct this issue, the plaintiff filed an entirely new proposed Clerk's certificate of default (ECF No. 18). However, because the Clerk already issued a certificate of default as to the same defendant, a new proposed certificate of default is not necessary. Instead, the plaintiff is directed to supplement its proposed order to show cause and supporting documents (ECF Nos. 13-17) by submitting the original, signed Clerk's certificate of default (ECF No. 10), along with an affidavit verifying its authenticity, by **December 20, 2022**.

**SO ORDERED.**

Dated:   New York, New York
         December 16, 2022

                                   _____
                                        John G. Koeltl
                                   United States District Judge