**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------- X
INTERGLOBO NORTH AMERICA, INC., :
: 1:22-cv-09111-JGK
               Plaintiff, :
: **NOTICE OF APPEARANCE**
– against – :
:
:
MICKEY GROUP INC. a/k/a MICKEY FOREST, :
:

               Defendant.
-------------------------------------------------------------------------- X

    To the Clerk of the Court and All Parties of Record:

    I am admitted and authorized to practice in this court, and I appear in this case as counsel for

Plaintiff Interglobo North America, Inc.

Dated:  December 16, 2022
          New York, New York

                                  MOSES & SINGER LLP
                                  *Attorneys for Plaintiff*

                                  */s Daniel Hoffman*
                                  Daniel Hoffman
                                  405 Lexington Avenue, 12th Floor
                                  New York, New York 10174-1299
                                  T: 212-554-7800
                                  dhoffman@mosessinger.com