UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERGLOBO NORTH AMERICA, INC.

                Plaintiff,

- against -

MICKEY GROUP INC.,

                Defendant.

---

22-cv-9111 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion to set aside the entry of default (ECF No. 30).

**SO ORDERED.**

Dated:    New York, New York
            January 25, 2023

                                          John G. Koeltl
                                     United States District Judge