UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERGLOBO NORTH AMERICA, INC.

                Plaintiff,

- against -

MICKEY GROUP INC.,

                Defendant.

22-cv-9111 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for February 23, 2023, at 3:30 p.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           **February 15, 2023**

                                            John G. Koeltl
                                       **United States District Judge**