UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTERGLOBO NORTH AMERICA, INC.,

                                   Plaintiff,

        -against-

MICKEY GROUP INC. a/k/a Mickey Forest,

                                  Defendant.
------------------------------------------------------------------X

22-CV-09111 (VF)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference scheduled for Tuesday, April 25, 2023 is hereby rescheduled to **Tuesday, May 16, 2023 at 2:30 p.m.** The conference will be held in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Tuesday, May 9, 2023**. The Clerk of Court is directed to terminate the motion at ECF No. 47.

      **SO ORDERED.**

DATED:  April 19, 2023

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                  United States Magistrate Judge